# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3174

_____

HARVEY B. DONLEY,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

March 28, 2019

PER CURIAM.

Petitioner has filed a pro se petition for belated appeal following his conviction for trafficking in opium. To the extent Petitioner alleges ineffective assistance of appellate counsel on direct appeal, the petition is dismissed as untimely. *See* Fla. R. App. P. 9.141(d)(5). To the extent Petitioner complains about actions taken by counsel during postconviction proceedings, the petition is denied. *See Tompkins v. State*, 994 So. 2d 1072, 1088 (Fla. 2008) (noting that claims of ineffective assistance of postconviction counsel are not cognizable).

ROBERTS, RAY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Harvey B. Donley, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.